UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONIQUE DA COSTA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FORD MOTOR COMPANY,**<br><br>**Defendant.** | Case No.: 1:23-cv-01301-KES-SKO<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**<br><br>**(Doc. 20)** |

On November 15, 2024, the appearing parties filed a "Joint Stipulation for Dismissal With Prejudice Pursuant to FRCP 41(A)(1)(A)(ii)." (Doc. 18.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 18, 2024**            /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE